IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DENNIS R. HATHAWAY                                                                                          PLAINTIFF

v.                                    CIVIL NO. 10-3013

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                           DEFENDANT

## J U D G M E N T

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the decision of the ALJ and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 14th day of April 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE